

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00129-CV

**IN RE** Armando **HERNANDEZ** and Nancy Hernandez

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
              Rebeca C. Martinez, Justice
              Jason Pulliam, Justice

Delivered and Filed: March 18, 2015

PETITION FOR WRIT OF MANDAMUS DENIED

On March 10, 2015, relators Armando Hernandez and Nancy Hernandez filed a petition for writ of mandamus and emergency motion for temporary relief pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relators are not entitled to the relief sought. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(1), (4) (West 2015) (authorizing interlocutory appeal from orders appointing a receiver and granting temporary injunction). Accordingly, the petition for writ of mandamus and the emergency motion for temporary relief are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2014-CI-17077, styled *Armando Hernandez and Nancy Hernandez v. Mario Saldivar, Fernando Saldivar, Jorge Calderon, and Jorge Saldivar*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Barbara Hanson Nellermoe presiding.